UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD B. MCDONOUGH, <br>            Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br>            Defendant. | No. 5:18-cv-02247 |

**O R D E R**

**AND NOW**, this 7th, day of February, 2019, upon consideration of Plaintiff's Complaint, ECF No. 1; Defendant's Partial Motion to Dismiss for Failure to State a Claim, ECF No. 6; Plaintiff's Response to Defendant's Motion to Dismiss, ECF No. 7; and Defendant's Reply, ECF No. 8, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED** that:

1. Defendant's Partial Motion to Dismiss for Failure to State a Claim, ECF No. 6, is **GRANTED**.

2. Plaintiff is granted leave to file an amended complaint with respect to Counts I and IV **no later than February 28, 2019**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court does not grant leave to amend on Count II. As a matter of law, Plaintiff's common law bad faith claim is subsumed into the breach of contract claim. Amendment to that claim would be futile.